Nicholas Nudelman, Appellant, v. Harry Stern, Appellee. National Bank of Hyde Park, Appellee.

Gen. No. 41,640.

Heard in second division, first district, this court at February term, 1941; opinion filed June 19, 1942. Urion, Bishop & Sladkey and James H. Nudelman, for appellant; Jerome J. Sladkey and James H. Nudelman, of counsel; Petit, Olin & Overmyer, for appellee National Bank of Hyde Park; Adelor J. Petit and Conrad D. Philos, of counsel. Opinion by JUSTICE SULLIVAN. "Not to be published in full."

Metropolitan Life Insurance Company, Plaintiff, v. Jane M. Bell et al., Defendants.
Margaret J. Bell, Appellant, v. Jane M. Bell et al., Appellees.

Gen. No. 41,703.

Heard in second division, first district, this court at April term, 1941; opinion filed June 19, 1942. Harold C. Osborn and Bernard W. Vinissky, for appellant; Estelle M. Wells, for appellee Jane M. Bell; Hoyne, O'Connor & Rubinkam, for Metropolitan Life Insurance Company; Nathaniel Rubinkam and Leonard S. Schmitz, of counsel. Opinion by JUSTICE SULLIVAN. "Not to be published in full."